IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH EARL GAY,    ) No. C 14-04088 EJD (PR)
          )
   Plaintiff,    )
          ) ORDER REVOKING PAUPER STATUS
 v.        )
          )
STATE OF CALIFORNIA, et al.,  )
          )
   Defendants.   )
_____)

   The Ninth Circuit has requested this court determine whether *in forma pauperis*

status should continue for Plaintiff on appeal in this action or whether the appeal is

frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). The Court now certifies

that the appeal is not taken in good faith and revokes *in forma pauperis* status for Plaintiff

on appeal in this action.

DATED: _____5/13/2015_____    _____
             EDWARD J. DAVILA
             United States District Judge